ceedings upon an appeal from a judgment for the foreclosure of a mortgage. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur. Settle order on notice, when amount of undertaking will be fixed.

EVELYN ROSENBERG, Respondent, v. HARBE CONSTRUCTION COMPANY, INC., and Others, Defendants, and MENDEL SILVERSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

EDWARD SAMUELS, Respondent, v. WEAR FINE CLOAK Co., INC., and Others, Appellants.— Order granting plaintiff's motion for inspection and discovery affirmed, with ten dollars costs and disbursements; the books of account and records in question to be produced on five days' notice at the place stated in the order. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

CHARLES E. SCHEUBER and ALEX. McMILLAN, Copartners Doing Business under the Firm Name and Style of SCHEUBER & McMILLAN, Respondents, v. WILLIAM M. BARRETT, as President of Adams Express Company, Appellant.— Order denying motion to dismiss action for want of prosecution reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Issue was joined in this case on March 14, 1917. No reasonable excuse is shown for the failure to bring the case to trial. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

WILLIAM SCHLAPA, an Infant under the Age of Fourteen Years, by TONY SCHLAPA, His Guardian ad Litem, and TONY SCHLAPA, Plaintiffs, v. SAM LEVINE, Defendant. JOSEPH A. TEPERSON, Attorney, Appellant, and HAUPTMAN & HAUPTMAN, Attorneys, Respondents.— Order, in so far as appealed from, modified by striking out the provisions giving the appellant a lien upon the cause of action to the extent of ten per cent of any sum received by the plaintiffs and directing him to forthwith deliver to the substituted attorneys all the pleadings herein, and substituting in place thereof a provision that the appellant have a lien upon the cause of action for the sum of $250, the value of his services to the time of the substitution of attorneys, and that, upon payment to him of said sum of $250 by plaintiffs, he turn over to the substituted attorneys all papers in his possession or custody in relation to this action. As so modified, the order is affirmed, with ten dollars costs and disbursements to appellant. (See *Phillips* v. *Hodgson*, 227 App. Div. 754, and cases cited.) Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

JULIUS R. SCHMELTZER and Others, Composing the Firm of J. R. SCHMELTZER & Co., Respondents, v. MICHAEL MARKELS, Appellant.— Order granting plaintiffs' motion for a reference and referring the issues to a referee to hear, try and determine reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. While defendant by his answer has put plaintiffs to the formal proof of their account, the opposing affidavit of his attorney disclaims any intention to dispute the question as to whether the transcript of the account attached to the complaint is a true and correct copy of the account of the defendant as carried on the books of the plaintiffs. and that the issue solely relates to the authority of Arthur Yasuna, plaintiffs' customer's man, to give the orders of purchases and sales which are enumerated in Exhibit A, annexed to the complaint. There is no reasonable probability,